# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Osvaldo A. Martinez, Customs & Border Protection Enforcement Officer, do hereby make the following statement:

1. That I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico. As an Enforcement Officer my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, as an Enforcement Officer I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

2. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

3. That on or about October 22, 2025, at Luis Munoz Marin International Airport, an alien by the name of Mr. Julio Cesar RODRIGUEZ, a citizen of the Dominican Republic, was encountered by U.S. Customs and Border Protection Officers while attempting to board Jet Blue airlines flight B6 1937, destined to Santo Domingo, Dominican Republic.

4. That when Mr. Julio Cesar RODRIGUEZ was asked regarding his legal status in the United States, he stated that he entered on board a yawl without being inspected, admitted or parole at a time and at a place not designated by the Attorney General or his successor the Secretary of Homeland Security on or near the west coast of Puerto Rico approximately one (1) year ago from today.

5. That based on Mr. Julio Cesar RODRIGUEZ's statement regarding his legal status in the United States, he was escorted to U.S. Customs and Border Protection Secondary Inspection Area at the Luis Munoz Marin International Airport for further inspection.

6. During the inspection process, Mr. Julio Cesar RODRIGUEZ fingerprints were submitted to the FBI for examination and comparison, this examination disclosed a match to FBI record # XXXXXX. FBI record revealed the following:

a. On June 6, 2013, Mr. Julio Cesar RODRIGUEZ was accused at the Commonwealth of Puerto Rico First Instance Court San Juan, Superior Chamber at San Juan, Puerto Rico for the following offenses: Article 182 Attempted Aggravated unlawful Appropriation; Article 195 Aggravated Burglary; Article 199 Aggravated Damages, all in violation of the Puerto Rico Penal Code (2012).

b. On June 13, 2013, Mr. Julio Cesar RODRIGUEZ was sentenced at the Commonwealth of Puerto Rico First Instance Court San Juan, Superior Chamber at San Juan, Puerto Rico for the following offenses: Article 182 Attempted Aggravated Unlawful Appropriation reclassified to Article 181 Unlawful Appropriation to four (4) months; Article 195 Aggravated Burglary reclassified to Article 196 False Personation misdemeanor and sentenced to four(4) months; Article 199 Aggravated Damages reclassified to Article 198 Damages misdemeanor and sentenced to four(4) months, all sentences will be served consecutive among them for a total of one (1) year and consecutively with other sentenced that subject is serving at the time.

c. On April 16, 2014, was issued a Notice to appear (I-862) by CAP-ERO (Criminal Alien Program- Enforcement and Removal Operations).

d. On April 30, 2014, Mr. Julio Cesar RODRIGUEZ was ordered to be removed from the United States by an Immigration Judge.

e. On May 15, 2014, Mr. Julio Cesar RODRIGUEZ was physically removed from the United States back to Dominican Republic from San Juan, Puerto Rico.

f. On September 22, 2016, Mr. Julio Cesar RODRIGUEZ was encountered by the U.S. Coast Guard on board a vessel twenty (20) nautical miles north of Desecheo Island, Puerto Rico, and was turn over to Border Patrol, who presented Mr. Julio Cesar RODRIGUEZ for prosecution for violation of 8 USC 1326 (a) as a Reentry of a previously deported alien. He was criminally prosecuted in criminal case no. 16-627 (CCC).

g. On May 09, 2017, Judge Carmen Conzuelo sentenced Mr. Julio Cesar RODRIGUEZ to time served (over 7 months of imprisonment), to be followed by a term of supervised release of one year and $100 dollar assessment penalty.

h. On May 22, 2017, Mr. Julio Cesar RODRIGUEZ was processed for an Expedited Removal (I-860).

i. On July 14, 2017, Mr. Julio Cesar RODRIGUEZ was physically removed from the United States from Miami, Florida back to Dominican Republic.

7. As part of his removal procedure Mr. Julio Cesar RODRIGUEZ was advised that after his deportation/ removal from the United States, he was required to obtain a permission from the Attorney General or his successor under the Department of

Homeland Security prior to his re-embarkation at a place outside the United States or his application of admission.

8. I conducted record checks which reveal that no application to request permission on form I-212 had been filed on behalf of "Julio Cesar RODRIGUEZ" at the Office of Citizenship and Immigration Services.

9. Mr. Julio Cesar RODRIGUEZ is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

10. Further, Mr. Julio Cesar RODRIGUEZ was deported from the United States after having sustained a felony conviction and prohibited from re-entering the United States without obtaining consent from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United Sates or his application for admission.

11. Based upon my training, experience and my participation in this investigation, I believe that probable cause exist that Julio Cesar RODRIGUEZ was found in the United States in violation of, 8 U.S.C § 1326 (a) & (b)(1), Reentry of removed alien subsequent to a felony conviction.

Respectfully submitted,

_____
Osvaldo A. Martinez
CBP Enforcement Officer
U.S. Customs and Border Protection

**SWORN IN ACCORDANCE WITH REQUIREMENT OF FED.R.Crim. P.4.1. by telephone at** __1:23PM__ **on this** __23rd__ **of October 2025, in San Juan, Puerto Rico.**

_____
Hon. Marshal D. Morgan
US Magistrate, Judge
District of Puerto Rico
San Juan, Puerto Rico